IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALMA ROBINSON, )
)
       Plaintiff, )
)
vs. ) No. 04-2333 D/V
)
FIRST HORIZON EQUITY LENDING, )
)
       Defendant. )

### ORDER AWARDING ATTORNEY FEES AND EXPENSES TO DEFENDANT FOR AMOUNTS INCURRED IN PREPARING MOTION TO COMPEL

Before the court is the Affidavit of Craig A. Cowart, counsel for defendant, filed February 18, 2005, in compliance with the court's February 9, 2005 order granting defendant's motion to compel and awarding attorney fees and expenses.

The Affidavit sets forth attorney fees in the total amount of $1,075.00, including statements of the hourly rates charged by the attorneys involved and nature of legal services rendered on defendant's behalf with respect to the motion to compel filed against the plaintiff, Alma Robinson.

The court finds the services rendered, the time spent, the hourly rates, and the total attorneys fees to be reasonable. Accordingly, pursuant to Federal Rule of Civil Procedure 37(a)(4)(A), the plaintiff, Alma Robinson, is ordered to pay the defendant the total sum of $1,075.00, within thirty (30) days of

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-3-05



the date of entry of this order for expenses and attorney fees incurred in preparing the motion to compel initial disclosures and discovery responses.

IT IS SO ORDERED this 2nd day of May, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02333 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Honorable Bernice Donald
US DISTRICT COURT