FILED BY ___ D.C.
05 AUG 17 AM 10: 22
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

ALMA ROBINSON,

    Plaintiff,

vs.                                                        Case No.  04-2333 D V

FIRST HORIZON EQUITY LENDING,

    Defendant.

## ORDER TO SHOW CAUSE

On June 29, 2005, Defendant filed a Motion for Summary Judgment pursuant to Fed.R.Civ.P. 56. Plaintiff has yet to respond to Defendant's Motion for Summary Judgment. Local Rule 7.2(a)(2) allows the nonmoving party thirty (30) days after service of a motion under Fed.R.Civ.P. 12(b) or 56, in which to file a response with the Court.

Therefore, the Court hereby orders Plaintiff to show cause why Defendant's Motion for Summary Judgment should not be decided on the existing record. Plaintiff has twenty (20) days from the entry of this order in which to file a response. If Plaintiff fails to respond, the Court will, without further notice, enter an order on Defendant's Motion for Summary Judgment.

IT IS SO ORDERED this 16th day of August 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-18-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02333 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Honorable Bernice Donald
US DISTRICT COURT