FILED BY ___ D.C.

05 AUG 29 AM 11:49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ALMA ROBINSON,

    Plaintiff,

v.

                                  Case No.: 04-2333 D V

FIRST HORIZON EQUITY LENDING,

    Defendant.

## ORDER STRIKING PRETRIAL AND TRIAL DATES

It appears that Defendant has filed a motion for summary judgment to which Plaintiff has failed to respond. Plaintiff has been ordered to file a response on or before September 7, 2005. The court will strike the September 12, 2005 pretrial conference and the September 26, 2005 trial date pending disposition of the summary judgment motion.

IT IS HEREBY ORDERED that the trial and pretrial conference dates are hereby stricken.

**IT IS SO ORDERED** this 29 day of August, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and /or 9(a) FRCP on 9/6/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02333 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT