FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP -7 AM 11: 54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

ALMA ROBINSON,

    Plaintiff,

v.

FIRST HORIZON EQUITY LENDING,

    Defendant.

Case No.: 04-2333 D V

ORDER GRANTING MOTION FOR EXEMPTION FORM
FURNISHING PRETRIAL ORDER

**IT APPEARING** to the Court that Defendant's Motion for Exemption from Furnishing Proposed Pretrial Order to the Court by September 6, 2005 is well-taken;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Defendant's motion is GRANTED.

**IT IS SO ORDERED** this 6th day of September, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02333 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Honorable Bernice Donald
US DISTRICT COURT