UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.

05 NOV -7 PM 3: 53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**ALMA ROBINSON**                                **JUDGMENT IN A CIVIL CASE**

v.

**FIRST HORIZON EQUITY LENDING**                 **CASE NO: 04-2333-D**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Motion For Summary Judgment entered on October 24, 2005, this cause is hereby dismissed.

APPROVED:

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

November 7, 2005
Date

THOMAS M. GOULD
Clerk of Court

_(signature)_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-8-05

(41)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CV-02333 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Frederick J. Lewis
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Richard B. Fields
LAW OFFICE OF RICHARD B. FIELDS
688 Jefferson Ave.
Memphis, TN 38105--193

Craig Cowart
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT